# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Drinkwater, | Civ. No. 14-1655 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Carolyn Colvin, Acting Commissioner of Social Security, | |
| Defendant. | |

Carol Louise Lewis, Esq., Carol Lewis, attorney at Law, counsel for Plaintiff.

Pamela Marentette, Esq., United States Attorney's Office, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated January 25, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [Doc. No. 21] is **DENIED**;

2. Defendant's Motion for Summary Judgment [Doc. No. 23] is **GRANTED**; and

3. This action is **DISMISSED WITH PREJUDICE AND ON THE MERITS**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 9, 2016

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge